IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.: 1:14-cv-2497-RPM-KLM

RENEE MAPLES

    Plaintiff,

v.

ALLSTATE INSURANCE COMPANY

    Defendant.

___

**ORDER OF DISMISSAL WITH PREJUDICE**
___

    THIS MATTER comes before the Court upon the Stipulation of the Plaintiff, Renee Maples, and the Defendant, Allstate Insurance Company, for a dismissal of all claims of Plaintiff against Defendant with prejudice, and the Court, having read the Stipulation and believing itself fully advised,

    HEREBY ORDERS that the claims of Plaintiff, Renee Maples, and the Defendant, Allstate Insurance Company, in the above-captioned action are hereby dismissed with prejudice, each party to pay their respective costs and attorney fees.

    DATED: December 11, 2015

                                BY THE COURT:

                                s/Richard P. Matsch

                                _____

                                Richard P. Matsch, Senior District Judge